316

OFFICE OF DISCIPLINARY COUNSEL *v.* SPENCER.

[Cite as *Disciplinary Counsel v. Spencer* (1994), 71 Ohio St.3d 316.]

(No. 94–966—Submitted November 16, 1994—Decided December 23, 1994.)

*Geoffrey Stern,* Disciplinary Counsel, and *Harald F. Craig III,* Assistant Disciplinary Counsel, for relator.

*Charles W. Kettlewell,* for respondent.

———————

*Per Curiam.* We adopt the findings, conclusions, and recommendation of the board. Respondent, Scott W. Spencer, is suspended from the practice of law in Ohio for one year. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, YOUNG and PFEIFER, JJ., concur.

RESNICK and F.E. SWEENEY, JJ., dissent and would suspend respondent for two years.

WILLIAM W. YOUNG, J., of the Twelfth Appellate District, sitting for Wright, J.